UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

HALLING & CAYO S.C.

       Petitioner,

v.

Gregory Hilz

       Respondent.

Miscellaneous Case No. _____

Arising from Middle District of Florida Case No. 2:17-cv-0041-SPC-MRM

PETITIONER HALLING & CAYO S.C.'S
MOTION TO MODIFY SUBPOENA

Petitioner Halling & Cayo S.C. ("H&C") respectfully submits this motion to modify subpoena with regard to a document subpoena issued pursuant to Rule 45 of the Federal Rules of Civil Procedure. H&C was served with this subpoena (the "subpoena"; See Rosenzweig Decl. Ex. A) by counsel for Gregory Hilz in a manner pending in the United States District Court for the Middle District of Florida[1], Case No. 17-CV-0041, *Continental 332 Fund LLC, et al. v. David Albertelli, et al.* Specifically, H&C seeks an enlargement of time to respond to the subpoena to October 11, 2019, and makes this motion pursuant to Fed. R. Civ. P. 45(d)(3)(A)(iv); see, e.g., *Ott v. City of Milwaukee*, 274 F.R.D. 238, 242 (E.D. Wis. 2011) (construing insufficient time to respond as an "undue burden" forming sufficient basis for motion to quash or modify subpoena).

The documents requested are related to H&C's representation of Angelo Eguizabal (see O'Brien Decl. Ex. A p. 17), which has terminated. H&C's is a non-party to this action, and remains willing to comply with the subpoena and produce the requested documents, subject to objections

---

[1] This Court is the proper venue for this motion, as H&C conducts business in Milwaukee, Wisconsin and therefore this is the "court for the district in which compliance is required" pursuant to Fed. R. Civ. P. 45.

for privilege. However, it is unable to do so in the time allotted.

Good cause exists for this motion. Unfortunately, the attorney responsible for this file has been on medical leave to address a serious and disabling medical condition for several months, and it is anticipated he will be on leave indefinitely. He is not able to work and his ability to review the file or help someone else review the file has been extremely limited.

The initial return date for the Subpoena was September 3, 2019. Due to the attorney's illness, the issuing party graciously extended the deadline to September 30, 2019 and H&C believed in good faith it would be able to comply with the enlarged deadline. However, again due to the attorney's illness, H&C has not been able to comply with said deadline. H&C as well as counsel for the issuing party have conferred and are unable to come to an agreement regarding additional enlargements, apparently due to impending discovery cut-off dates in the Florida litigation. (See O'Brien Decl. Ex. B.)

At this point, H&C believes in good faith that it will be able to comply with the subpoena on or before October 11, 2019. (See O'Brien Decl. ¶ 6.) Accordingly, H&C is moving the Court for an order enlarging time to respond to the subpoena and will produce all non-privileged information on or before that date.

No separate memorandum will be filed.

Dated at Milwaukee, Wisconsin, this 30th day of September, 2019,

HALLING & CAYO, S.C.

By: __/s/ Stacie H. Rosenzweig_____
    Stacie H. Rosenzweig
    State Bar No. 1062123
    Attorneys for the Petitioner

320 E. Buffalo St., Suite 700
Milwaukee, WI 53202
Telephone: (414) 271-3400
Facsimile: (414) 271-3841
shr@hallingcayo.com